**FILED**

SEP 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Betty Ann Newby
425 2nd St NW
Washington, D.C. 2000/
v. no phone

President George Bush,
  The White House
  1600 Pennsylvania Ave.
  Washington, D.C.20000;

Justice John Roberts,
  Court of Appeals for the D.C. Circuit
  333 Constitution Ave NW, Washington, D.C.
  200 9:(2000/)

United States Senate Judiciary Committee,
% Senator Arlen Specter, 711 Hart Building,
  Capitol Hill
  Washington, D.C. 200___; 20510

Judiciary Committee Members:

  Arlen Specter,
  711 Hart Building,
  Capitol Hill,
  Washington, D.C.; 200__ 20510

  Orrin Hatch,
  104 Hart Building
  Capitol Hill,
  Washington, D.C. 200_20510

  Charles  Grassley,
  135 Hart Building,
  Capitol Hill
  Washington, D.C. 200___;20510

  Jon Kyl,
  730 Hart Building,
  Capitol Hill,
  Washington, D.C. 200___; 20510

  Mike DeWine,
  140 Russell Building

CASE NUMBER  1:05CV01877

JUDGE: Unassigned

DECK TYPE: TRO/Preliminary Injunction
                          22
DATE STAMP: 09/■■/2005

**RECEIVED**

SEP 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Capitol Hill,
Washington, D.C. ~~200__~~; 20510

Jeff Sessions,
335 Russell  Building.
Capitol Hill.
Washington, D.C. ~~200__~~; 20510

Lindsay Graham,
290 Russell Building,
Capitol Hill,
 Washington, D.C. ~~200__~~; 20510

John Cornyn,
517 Hart Building,
Capitol Hill,
Washington, D.C. ~~200__~~; 20510

Sam Brownback,
303 Hart Building,
Capitol Hill,
Washington, D.C. ~~200__~~; 20510

Tom Coburn,
 172 Russell Building,
 Capitol Hill,
  Washington, D.C. ~~200__~~; 20510

Patrick Leahy,
433 Russell Building
Capitol Hill,
Washington, D.C. ~~200__~~; 20510

Edward Kennedy,
317 Russell Building,
Capitol Hill
Washington, D.C. ~~200__~~; 20510

Joseph Biden, Jr.,
201 Russell Building,
Capitol Hill,
Washington, DC. ~~200__~~; 20510

Herbert Kohl,
 330  Hart Building,
 Capitol Hill,

Washington, D.D. 200__; 20510

Dianne Feinstein,
  331  Hart Building,
  Capitol Hill,
  Washington, D.C. 200__; 20570

Russell Feingold,
506 Hart Building,
Capitol Hill,
Washington, D.C. 200__; 20510

Charles Sumner,
313 Hart Building,
Washington, D.C. 200 20510

Richard Durbin,
  332  Dirksen Building,
  Capitol Hill,
  Washington, D.C. 200__.; 20510

Civil Action No._____

Plaintiff's  Complaint  and  Request  for  Equitable  and  Declaratory  Relief
and Damages

To the Honorable Judge:

Plaintiff Betty Ann Newby files her Complaint and asks the Court to enjoin the

Confirmation hearing for Justice John Roberts pending a decision on the merits of

Plaintiff's Constitutional challenges as described in this Complaint and for additional

equitable and declaratory relief and damages.  For cause, she shows the court as follows:

I.
Jurisdiction and Venue

This Court has jurisdiction to decide this case because it involves the construction of

the federal Constitution and federal statutes.  It has pendent jurisdiction over state law

claims.

The Court has venue because all of the parties reside or work in the District of Columbia..

## II.    Jury Demand

Plaintiff demands a jury trial on all issues triable to a jury

## III.    Facts

President George W. Bush appointed Justice John Roberts to serve as a United States Supreme Court Justice to replace Justice Sandra O'Connor who retired. Subsequently, Chief Justice Rheinquist died, and the President appointed Justice Roberts to that position. Justice O'Connor now contends that she has delayed her retirement and is conducting business for the Supreme Court. There is no legal requirement that a Chief Justice or a replacement Justice for Justice O'Connor be confirmed by a deadline, including President Bush's deadline of October 3, 2005.

The Senate Judiciary Committee requested certain documents regarding John Roberts' philosophy as evidenced in his writings and legal documents he authored as a lawyer for the Bush and Reagan Administrations in the 1980's and the 1990's to help them evaluate him as a judicial candidate. The President refused to produce all of the documents requested by the Democrats on the Committee, and the requesting Senators did not pursue their requests to a higher authority such as a federal district court. As a result the Democrats have been unable to evaluate John Roberts as a judicial candidate for service on the Supreme Court or to determine his personal philosophy in vital areas of interest such as the environment, civil rights, privacy, and executive powers. Plaintiff will be affected by legal precedent in these areas as shown by the facts set forth in this Complaint. She has been unable to request certain documents regarding John Roberts'

involvement in Justice Department decisions in the 1980's and the 1990's because she is a District of Columbia resident and has no Senator and has no status as a voter – constituent. She is denied Due process and republican form of government by the President's appointing federal judicial officers, the procedures used by the Senate Judiciary Committee, the lack of a Senator to champion her interests, the President's refusal to produce all documents requested, Roberts' refusal to answer relevant questions and the Committee's refusal to require his answers to relevant questions.

Plaintiff recently learned that the Reagan and Bush administrations have utilized a massive and illegal surveillance operation against their political adversaries who do not embace their conservative agendas. The plaintiff is a victim of concentrated surveillance by the federal special operations personnel in concert with members of the Texas Homeguard Security and is being surveilled on a level one lower than the level used on such terrorists as Osama Bin Ladin. Upon information and belief, over 250 other unsuspecting Texas plaintiff's lawyers, politicians, academics, and other innocent civilians are being denied basic civil rights. In addition, this surveillance network has allowed agents for the petro-chemical giants and their lawyers to effect destruction of plaintiff's properties and reputation and to attempt to marginalize her in the event she attempts to testify against Bush's judicial candidates and George W. Bush's policies.

President George H. Bush with his vast CIA background and networking , of course, was familiar with the shadowy group of conservative, retired military persons who comprise the various states' state Homeguards in general and the Texas Homeguard in particular. In fact, he utilized his political power to assure George W. Bush's avoiding active combat in Viet Nam with help from the Texas state militia officers based upon the

deposition testimony of Ben Barnes. A system of vast and clandestine

illegal surveillance, approved by Justice Department lawyers in the 1980's and early

1990's, represented to the military and Homeguard personnel that an old Civil War.

statute allowed this invasion of privacy and criminal trespass according to a government

agent.

This operation costs taxpayers millions of dollas , visited hardship and pain on its

victims, disgraced honest military and state militia personnel,

diluted the military's ability to forestall the attack by the Saudis on September 11, 2001.

Betty Ann Newby litigated a dozen cases against the City of Borger, Texas, Phillips

Petroleum Company,  Locke, Purnell, Rain, Harrell, Attorneys at Law , and the Johnson

heirs as a sole practitioner in Borger, Texas.  The cases exposed judicial bribery on a

gand scale, ad valorem tax fraud  statewide, fraud on environmental regulatory agencies,

separation of powers issues, mail fraud, wire fraud, illegal surveillance, obstructing

justice by conspiring with Texas Senator Phil Gramm in selecting panels of fifth Circuit

Justices to decide cases involving campaign contributors to the Republican Party, and

their intentionally destroying truckloads of protected environmental documents,

violating regulatory environmental permits, and suborning perjury.

Phillips Petroleum Company lawyers told plaintiff during the extended class actions

that it was futile for her to seek redress for her thousand clients' forced eviction from

the  company town of Phillips, Texas because it and its Dallas lawyers controlled the

state and federal courts. A Phillips agent told plaintiff in 1996 that the giant chemical

conglomerate intended to have agents for the City of Borger to bulldoze all of her

properties and to have George Whittenburg, III,and Locke Purnell lawyers get the Texas

State Bar to keep her from practicing law because of her aggressive litigation against

Phillips, and the Johnson and Whittenburg heirs. Subsequently, these conspirators

succeeded in their seemingly empty threats causing plaintif to seek refuge in a shelter in

Washington, D.C. where she came to testify against the appointment of Priscilla Owen to

the Fifth Circuit Court of Appeals. Although plaintiff filed suit in the Superior Court,

her Complaint was stolen from the Clerk's file and the Clerk has not received amended

Complaints mailed by plaintiff. Government agents surveil plaintiff continuously, and

Postal officials will not account for three weeks or more of mail mailed to plaintiff in

August 2005, including pay checks , certified mail receipts, and Texas college transcripts

Plaintiff needed in order to secure a teaching position in the D.C.area.


Plaintiff has no adequate remedy at law. The threat of harm to Plaintiff and her

liberty and property are real and imminent.

Justice supports the Court's granting a temporary injunction enjoining the

Senate confirmation hearings until plaintiff's Constitutional challenges are resolved .

Plaintiff comes into Court with clean hands and seeks equity and justice as an American

citizen. Although she earns only $7.00 per hour doing temporary labor work, she will

attempt to post a bond to support equitable relief. The legal issues presented are    vital

and deserve careful consideration by this court.

The defendants will not suffer harm by the Court's granting equitable relief because

there is no deadline to confirm Supreme Court Justices. Further, the appointment by the

executive of all federal judicial officials violates a republican form of government

promised by the federal Constitution The current procedures used by the Senate Judicial
Committee do not provide Due Process to plaintiff and do not allow adequate inquiry
into a candidate's integrity and philosophy in order for Senators or the American people
to evaluate appointees. The members of the federal judiciary play too vital a role in
American politics to escape Due Process requirements. There is a likelihood plaintiff will
prevail on the merits of her suit.

In this particular case, if John Roberts did approve a mass surveillance program to be
implemented and continued or allowed others to do so with his imprimatur or tacit
approval in violation of the federal Constitution and settled American jurisprudence, the
American people are entitled to know . Such conduct goes to his integrity and
character to serve as any judicial officer as well as to the integrity of the executive
branches that sponsor or sponsored such surveillance operations.

Plaintiff's sworn declaration is attached and incorporated

### Prayer

Plaintiff prays for an immediate temporary injunction to enjoin the Roberts'
Confirmation hearing pending resolution of her Constitutional challenges. After hearing,
discovery, and trial, plaintiff asks for a Judgment that does the following:

1. Declares that the executive power to appoint all federal judicial officials
violates a republican form of government because the qualified voters should
exercise that civic responsibility

2. Alternatively, declares that the executive branch is required to produce all
documents authored by John Roberts or that are relevant to his confirmation by
the Senate

3.  Declares that John Roberts is required to answer questions posed by all

members of the Senate Judiciary Committee, punishable by contempt

4.  Declares that current Senate confirmation procedures are deficient in Due

Process protections for plaintiff, a D.C. resident

5.  Declares that a judicial candidate's scholarship and other writings are

relevant to the Senate's full understanding of her or his individual philosophies

6.  Declares that the surveillance of plaintiff by agents for the federal, state, and
local government   is illegal

7.  Declares that the short period to consider John Roberts' judicial qualifications


is inadequate under Due Process standards

8.  Declares that private selection of appellate judicial panels is illegal and

unconstitutional

9.  Declares that all campaign contributions to all political candidates are bribes
and are illegal

10. Declares that the District of Columbia is entitled to two Senators and the

requisite number of Representatives as a state and that the Senators     be

allowed to participate in confirmation decisions of federal judicial candidates

Plaintiff also prays for damages within the jurisdiction of the Court.  She prays

for attorney's fees, if applicable, in the District Court, the Court of Appeals,and

the Supreme Court. She prays for all additional relief to which she is justly

entitled, including appropriate permanent injunctive relief and immediate

equitable relief and punitive damages where applicable.  Plaintiff asks the

Court to enter an order regarding discovery timetables.  Plaintiff asks the Court

to enjoin all surveillance of her, her family, friends, and clients by state, local,

and federal agents and others whose identies she does not presently know.

Plaintiff asks that all files, evidence, and documents obtained and kept by the

Homeguard Security network to preserved and protected by this Court so that plaintiff or

her agents may analyze and read them concerning litigation of plaintiff's claims.

She prays for all additional relief to which she is justly entitled.

Respectfully submitted,

*Betty Ann Newby*
Betty Ann Newby, Pro Se

Declaration

My name is Betty Ann Newby and I am the plaintiff. I have read the above complaint
and the facts are true and correct unless otherwise stated are based upon personal
knowledge. I live in the District of Columbia as stated in the caption. *I make this
Declaration under pains and penalties of perjury.*
Signed on September 21, 2005.

*Betty Ann Newby*
Betty Ann Newby