FILED
SEP 22 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Betty Ann Newby

vs.

President George Bush

Civil Action Number __05 1877__

Plaintiff's Motion for authority for a ~~Temporary~~ Injunction

To the Honorable Court:

Plaintiff files her motion seeking equitable relief pursuant to Rule 65.1, Federal Rules of Civil Procedure and asks the Court to enjoin further proceedings in the confirmation hearing being conducted by the U.S. Senate Judiciary Committee regarding Justice John Roberts appointment to the U.S. Supreme Court by President Bush.

The candidate has been unwilling to share his individual philosophy in critical areas such as executive power, environmental issues, and civil rights with the Committee.

RECEIVED
SEP 22 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

3

President Bush and the executive branch have refused to produce all documents requested by the Democrats on the Judiciary Committee.

Plaintiff is a D.C. resident and has no champion to seek "discovery-like" responses from the appointee and President Bush.

Critical but unproduced scholarship and documents regarding John Roberts' philosophy as a Justice Department lawyer in the 1980's and '90s are at the vortex of this suit and motion.

A government employee told plaintiff fairly recently that Justice Department lawyers had approved a mass surveillance of Americans who did not share the philosophies of Presidents Bush and Reagan. They allegedly told persons involved in criminal trespass, ~~civil trespass~~ and privacy invasions of surveilees that a Civil War statute allowed the mass surveillance. Over 250 persons in Texas, including plaintiff, are victims of this unnecessary network.

Texas Homeguard, the military, and local citizens comprise a literal posse comitatus and are vigilantes

2

for clients like Phillips-Chevron-Conoco, Exxon-EnRon, Shell, Mobil and other wealthy Republican contributors.

Plaintiff has been the victim of concentrated surveillance since 1990. The network has used its illegally obtain evidence and information to defame plaintiff and destroy her property. The goal is to make an example out of her and punish her for her aggressive litigation against Chevron Phillips, Conoco Phillips, the Whittenburg and Johnson heirs, the City of Borger, TX, and Locke Purnell Rain Harrell firm — know known as Locke, Lidell & Sapp, PLCP. President Bush's secretary of staff, Harriett Miers, was president of that mega-defense firm in the mid nineties. Their lawyers bribed the Judge hearing the class actions, or affected her objectivity by having George Whittenburg, III, refer large cases to the presiding judge's husband without disclosures to the plaintiff while the class actions were pending. The judge decided plaintiff's recusal and disqualification and spoliation motions unfavorably to plaintiff's clients.

Phillips and its agents made good on their threats to ruin plaintiff by using the Locke firm and George Whittenburg, along with the local municipality, because she refused to settle the class actions. The CERCLA response costs now total over a billion dollars, including state law and Constitutional claims for environmental claims.

The Senate's procedures do not provide Due Process in the hearing format to require an appointee to answer relevant questions, punishable by contempt. The Committee's members have not sought relief. Plaintiff has no other remedy at law to obtain relevant information from Justice Roberts. She will be directly affected by his role as Chief Justice of the Supreme Court. ~~The~~

The plaintiff will suffer immediate and irreparable harm if the court refuses to enjoin the proceedings to allow questions to be answered and documents produced and analyzed.

Plaintiff comes to court with clean hands in seeking equitable relief.

4.

Justice favors granting a temporary injunction. Plaintiff has a likelihood of prevailing in her Constitutional challenge that the current process does not pass Constitutional muster on 5th and 1st Amendment grounds. She is a non constituent to all senators as a D.C. resident and has no official Senator to represent her interests.

Alternatively, the executive's appointment of federal judicial officers denies plaintiff a republican form of government. People in America are equal and enjoy the right to equal participation in civic affairs. The current judicial appointment process is too pressured and tied to artificial deadlines and does not allow the plaintiff or the Senators adequate time to study John Roberts' philosophy. The job of Constitutional stewards on the federal appellate courts are too important not to comply with fundamental Due Process. Justice Roberts may or may not have approved or sponsored the Homeguard Security network. Only

5

meaningful discovery will determine that.

The defendants will not suffer harm because Justice O'Connor has returned from her retirement and is actively conducting the Court's business. There is no legal "deadline" for replacing Justice Rheinquist. The main effect of a Supreme Court comprised of fewer than nine members is that if there is a tie vote, the decision of the lower tribunal becomes law.

Plaintiff has been forced to seek refuge in a homeless shelter in D.C. as agents for the petro-chemical operations have destroyed her home and a great deal of her personal properties and other real estate without Due Process. She works as a laborer, but she will attempt to comply with the rule's requirement of a bond to support such equitable relief.

Plaintiff asks the Court to enjoin the Homeguard Network and the executive branch from destroying plaintiff's surveillance files so she may examine them in related and this litigation. Plaintiff asks for a temporary injunction for the Homeguard Security

6

network to cease its surveillance of plaintiff, her family and friends and clients on Due Process and Free Speech and Association grounds as well as on her right of privacy, her 4th Amendment and 14th Amendment grounds, and the USA Patriot Act.

### Prayer

In the interest of Justice plaintiff asks for a temporary injunction to

1. enjoin the John Roberts hearing
2. require John Roberts to produce all relevant documents as well as the executive branch to allow him to produce these writings
3. require John Roberts to answer Democratic Senators' questions
4. extend the time allowed to gather and analyze the evidence in a meaningful time and manner
5. enjoin the Homeguard Security network from surveilling plaintiff and friends, family, and clients
6. enjoin Homeguard Security from destroying all records involving the above-described surveillance of plaintiff and her contacts

7

7. ~~atto~~ require the Congress to grant D.C. Statehood-like status so its Senators can participate in the confirmation hearings

8. enjoin the confirmation hearing until this Constitutional challenge to selection by the president rather than election by duly qualified voters can be resolved. In the event the hearing proceeds before this motion can be decided, plaintiff asks for an injunction voiding any confirmation on Due Process grounds. Declaration of Betty Ann Newby is attached and incorporated.

Plaintiff prays for all additional relief to which she is entitled. She cites U.S. v. Richard Nixon as authority on Due Process grounds.

Respectfully submitted,

Betty Ann Newby,
pro se
425 2d St NW
D.C. 20001
no phone

8

Certificate

I certify that I shall deliver a true copy of this motion, the complaint and in forma pauperis request to the defendants on 9/22/2005.

Betty Ann Newby

Declaration

My name is Betty Ann Newby. I am of sound mind and over 18. I live in D.C. as shown in the caption. I have read the complaint. The facts are true and based on personal knowledge unless otherwise stated. In the interest of justice and for no other frivolous reason, I ask for a Temporary Injunction enjoining the defendants as described in this motion and the complaint. I make this Declaration under the pains and penalties of perjury on September 22, 2005.

Betty Ann Newby

9

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Betty Ann Newby
vs.
President George Bush

Civil Action Number _____

65.1
Certificate of
Courtesy Delivery of
Court Documents

I, Betty Ann Newby, delivered a courtesy copy of my request for equitable relief, the Complaint, and the *In forma pauperis* request to the following defendants on September 22, 2005. I delivered the documents to the Senator defendants' offices and the documents to Justice Roberts to the Court of Appeals for the D.C. Circuit on September 22, 2005. I mailed President Bush his copies pursuant to instructions from the Justice Department on September 22, 2005, pursuant to Local Rule 65.1. The defendant Senators' names are attached and incorporated.

Respectfully submitted,

Betty Ann Newby
425 2d St NW
D.C. 20001

RECEIVED
SEP 22 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1877
FILED
SEP 22 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

President George
   The White House
   1600 Pennsylvania Ave.
   Washington, D.C. 200__;

Justice John Roberts,
   Court of Appeals for the D.C. Circuit
   333 Const Ave, Washington, D.C.
   200_1_;

United States Senate Judiciary Committee,
% Senator Arlen Specter, 711 Hart Building,
   Capitol Hill
   Washington, D.C. 200__; 20510

Judiciary Committee Members:

Arlen Specter,
   711 Hart Building,
   Capitol Hill,
   Washington, D.C.; 200__ 20510

Orrin Hatch,
   104 Hart Building
   Capitol Hill,
   Washington, D.C. 200__ 20510

Charles Grassley,
   135 Hart Building,
   Capitol Hill
   Washington, D.C. 200__; 20510

Jon Kyl,
   730 Hart Building,
   Capitol Hill,
   Washington, D.C. 200__; 20510

Mike DeWine,
   140 Russell Building

Capitol Hill,
Washington, D.C. 200__; 20510

Jeff Sessions,
335 Russell Building,
Capitol Hill,
Washington, D.C. 200__; 20510

Lindsay Graham,
290 Russell Building,
Capitol Hill,
Washington, D.C. 200__; 20510

John Cornyn,
517 Hart Building,
Capitol Hill,
Washington, D.C. 200__; 20510

Sam Brownback,
303 Hart Building,
Capitol Hill,
Washington, D.C. 200__; 20510

Tom Coburn,
172 Russell Building,
Capitol Hill,
Washington, D.C. 200__; 20510

Patrick Leahy,
433 Russell Building
Capitol Hill,
Washington, D.C. 200__; 20510

Edward Kennedy,
317 Russell Building,
Capitol Hill
Washington, D.C. 200__; 20510

Joseph Biden, Jr.,
201 Russell Building,
Capitol Hill,
Washington, DC. 200__; 20510

Herbert Kohl,
330 Hart Building,
Capitol Hill,

2

Washington, D.C. 200__; 20510

Dianne Feinstein,
 331 Hart Building,
 Capitol Hill,
 Washington, D.C. 200__; 20510

Russell Feingold,
506 Hart Building,
Capitol Hill,
Washington, D.C. 200__; 20510

Charles Sumner,
313 Hart Building,
Washington, D.C. 200__ 20510

Richard Durbin,
 332 Dirksen Building,
 Capitol Hill,
 Washington, D.C. 200__.; 20510