**FILED**

SEP 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Betty Ann Newby,                )
                                )
        Plaintiff,              )
                                )
    v.                          )   Civil Action No. **05 1877**
                                )
President George Bush, *et al.*,)
                                )
        Defendants.             )

ORDER

For the reasons stated in the accompanying Memorandum, it is this 22 day of September 2005,

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED; it is

FURTHER ORDERED that the motion for a temporary restraining order is DENIED; and it is

FURTHER ORDERED that this case is DISMISSED with prejudice.

_____
United States District Judge