UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV - 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BETTY ANN NEWBY, )
)
Plaintiff, )
)
v. ) Civil Action No. 05-1877
)
PRESIDENT GEORGE BUSH, et al., )
)
Defendants. )
)

## ORDER

This matter comes before the Court on plaintiff's motion for reconsideration. On September 22, 2005, the case was dismissed without prejudice because the defendants are immune from lawsuits arising from the performance of their official duties. Plaintiff's current motion raises no additional facts or law that leads the Court to reconsider its decision. Accordingly, it is

ORDERED that the motion for reconsideration is **DENIED.**

_____
United States District Judge

DATE: NOV 03 2005