RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

2005 NOV 21  PM 11: 57

NANCY M.
MAYER-WHITTINGTON
CLERK

Betty Ann Newby

v.

President George Bush,
  The White House
  1600 Pennsylvania Ave.
  Washington, D.C. 20000;

Justice John Roberts,
  Court of Appeals for the D.C. Circuit
  333 Const Ave, Washington, D.C.
  20001;

United States Senate Judiciary Committee,
% Senator Arlen Specter, 711 Hart Building,
  Capitol Hill
  Washington, D.C. ~~200~~ 20510

Judiciary Committee Members:

  Arlen Specter,
  711 Hart Building,
  Capitol Hill,
  Washington, D.C. ~~200~~ 20510

  Orrin Hatch,
  104 Hart Building
  Capitol Hill,
  Washington, D.C. ~~200~~ 20510

  Charles Grassley,
  135 Hart Building,
  Capitol Hill
  Washington, D.C. ~~200~~ 20510

  Jon Kyl,
  730 Hart Building,
  Capitol Hill,
  Washington, D.C. ~~200~~ 20510

  Mike DeWine,
  140 Russell Building

1877

No. 05-7855
UNA

Capitol Hill,
Washington, D.C. ~~200~~; 20510

Jeff Sessions,
335 Russell Building.
Capitol Hill.
Washington, D.C. ~~200~~; 20510

Lindsay Graham,
290 Russell Building,
Capitol Hill,
Washington, D.C. ~~200~~; 20510

John Cornyn,
517 Hart Building,
Capitol Hill,
Washington, D.C. ~~200~~; 20510

Sam Brownback,
303 Hart Building,
Capitol Hill,
Washington, D.C. ~~200~~; 20510

Tom Coburn,
172 Russell Building,
Capitol Hill,
Washington, D.C. ~~200~~; 20510

Patrick Leahy,
433 Russell Building
Capitol Hill,
Washington, D.C. ~~200~~; 20510

Edward Kennedy,
317 Russell Building,
Capitol Hill
Washington, D.C. ~~200~~; 20510

Joseph Biden, Jr.,
201 Russell Building,   20510
Capitol Hill,
Washington, DC. ~~200~~;

Herbert Kohl,
330 Hart Building,
Capitol Hill,

Washington, D.C. ~~200~~; 20510

Dianne Feinstein,
  331 Hart Building,
  Capitol Hill,
  Washington, D.C. ~~200~~; 20510

Russell Feingold,
506 Hart Building,
Capitol Hill,     20510
Washington, D.C. ~~200~~;

Charles Sumner,
313 Hart Building,
Washington, D.C. ~~200~~ 20510

Richard Durbin,
  332 Dirksen Building,
  Capitol Hill,
  Washington, D.C. ~~200~~; 20510

## Notice of Appeal

Betty Ann Newby, plaintiff files her Notice of Appeal from the District Court's Order of Dismissal entered in this case on September 22, 2005; and the Court's response to her motion for reconsideration. Plaintiff intends to appeal to the Court of Appeals for the District of Columbia. The defendants are President George Bush, Justice John Roberts, United States Judiciary Committee, Arlen Spector, Orrin Hatch, Charles Grassley, Jon Kyl, Mike De Wine, Jeff Sessions, Lindsay Graham, John Cornyn, Sam Brownback, Tom Coburn, Patrick Leahy, Edward Kennedy, Joseph Biden, Herbert Kohl, Diane Feinstein, Russell Feingold, Charles Sumner, Richard Durbin, and the Hon. Judge Huvelle, presiding judge.

Plaintiff contemporaneously files her Declaration of Indigency in lieu of the filing fee.

Respectfully submitted,
Betty Ann Newby, pro se
425 2nd St NW D.C. 20001

3.