# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 05-5457**



**MANDATE** September Term, 2005

Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED:

BY:                    Deputy Clerk

ATTACHED: ___ Amending Order
              ___ Opinion
              ___ Order on Costs

05cv01877

Filed On:

Betty Ann Newby,

    Appellant

v.

George Bush, President and John G. Roberts, Jr.,

    Appellees

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED

JUN 27 2006

CLERK

**BEFORE:**    Ginsburg, Chief Judge, and Rogers and Garland, Circuit Judges

## O R D E R

Upon consideration of the court's order to show cause filed March 2, 2006, the response thereto, and the supplement, it is

**ORDERED** that the order to show cause be discharged.  It is

**FURTHER ORDERED**, on the court's own motion, that this appeal be dismissed as moot.  By order filed September 22, 2005, the district court dismissed the action, which sought to enjoin proceedings for the confirmation of John Roberts as Chief Justice of the United States.  A federal court is authorized only to adjudicate "actual, ongoing controversies."  Honig v. Doe, 484 U.S. 304, 317 (1988).  Now that the confirmation proceedings for the Chief Justice have concluded, the court can grant no effective relief to appellant.  See Beethoven.com LLC v. Librarian of Congress, 394 F.3d 939, 950 (D.C. Cir. 2005); cf. People for the Ethical Treatment of Animals, Inc. v. Gittens, 396 F.3d 516, 421 (D.C. Cir. 2005) (an appeal from an order granting a preliminary injunction becomes moot when, because of some change in circumstances, nothing remains to be enjoined through a permanent injunction).

Appellant contends the appeal is not moot because the "unconstitutional confirmation process" for Supreme Court Justices is capable of repetition, yet evading review.  The controversy before us, however, cannot fairly be framed at this level of generality.  See Spirit of the Sage Council v. Norton, 411 F.3d 225, 230 (D.C. Cir. 2005) (examining the level of generality in framing the controversy to determine if "the same controversy" will recur).  The wrong alleged in the complaint was the confirmation of John Roberts based on specific infirmities in the Senate's inquiry and evaluation of his integrity, philosophy, and judicial qualifications.  Because the controversy was so sharply focused on this unique factual context, it does not present a reasonable expectation that the same complaining party would be subjected to the same actions again, so as to fall within the exception to mootness.  See People for the Ethical

A TRUE COPY

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

## No. 05-5457                    September Term, 2005

Treatment of Animals, Inc., 396 F.3d at 422-24 (holding that First Amendment controversy over D.C.-sponsored art exhibit could not be treated as capable of repetition but evading review).  It is

   **FURTHER ORDERED** that the renewed request for recusal be denied to the extent that appellant seeks recusal of the above-named judges.  Appellant has not demonstrated the court's impartiality might reasonably be questioned.  See 28 U.S.C. § 455(a).

   Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**
